FRANK COSTELLO, Plaintiff-Appellant, and UNITED STATES OF AMERICA, Intervener-Appellant, *v.* MAURICE SIMMONS, Individually and as Property Clerk of the Police Department of the City of New York, Respondent.

Argued February 25, 1946; decided March 7, 1946.

I. *Maurice Wormser* and *George Wolf* for plaintiff-appellant.
*John F. X. McGohey,* United States Attorney (*John B. Creegan* of counsel), for United States of America, intervener, appellant.
*John J. Bennett,* Corporation Counsel (*Frank J. Horan* of counsel), for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.